IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY L. BLANKENSHIP, | ) | 8:08CV442 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| COCKRELL, Caseworker - Pod 4, | ) | |
| and BAKEWELL, Warden, | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on its own motion. On October 21, 2008, the court entered a Memorandum and Order requiring Petitioner to either pay the court's $350.00 filing fee or submit a request for leave to proceed in forma pauperis. (Filing No. [4](#).) The court warned Petitioner that failure to comply with the court's Memorandum and Order would result in dismissal of this action without further notice. (*[Id.](#)*) Petitioner has not paid the filing fee or submitted a request for leave to proceed in forma pauperis. (*See* Docket Sheet.)

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

December 9, 2008.          BY THE COURT:

                           *s/Richard G. Kopf*
                           United States District Judge